**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Eric Powell | : | Chapter 13 |
| | : | |
| Debtors | : | Case No. 20-11347 |
| | : | Courtroom # 4 |
| | : | **May 4, 2021 @ 11:00 A.M.** |

**NOTICE OF MOTION, RESPONSE DEADLINE and HEARING DATE**

Debtors, Julie A & Bryan P Strain, by and through their attorneys at *Jeanne Marie Cella and Associates, LLC.* has filed with the United States Bankruptcy Court a Objection to Amended Proof of Claim #3.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion, of if you want the court to consider your views on the motion, then **on or before April 25, 2021** you or your attorney must do <u>all</u> of the following things:

    (a) **FILE AN ANSWER** explaining your position at:

    Clerk, United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

    If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;

    **AND**  (b) **MAIL A COPY** of the documents to the Movants' attorney:

    Jeanne Marie Cella, Esquire
    *Jeanne Marie Cella and Associates, LLC*
    215 N Olive St, Ste 101
    Media, PA  19063
    (610) 505-0541

2. If you or your attorney do not take these steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief

    requested in the motion.

3. A **HEARING ON THE MOTION** is scheduled to be held before the Honorable Ashely M Chan on **May 4, 2021 @ 11:00 a.m.** in Courtroom **No. 4**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  March 29, 2021