**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Eric Powell**                    :  Chapter 13
                                           :
                    Debtor                 :  Bankruptcy No. **20-11347**

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw debtor's **Objection to Claim #3** filed on, March 29, 2021, Docket Entry 57.

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**


BY: */s/ Jeanne Marie Cella, Esquire*____
Jeanne Marie Cella, Esquire

Dated:  April 21, 2021