UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Eric Powell : Bankruptcy No. 20-11347

        Debtor : Chapter 13

## ORDER

AND NOW, this _____ day of _____ , 20\_\_, upon consideration of Debtor's Motion for Post-Confirmation Modification of 2nd Amended Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 2nd Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

**Date: June 1, 2021**

_____
Ashely M Chan
United States Bankruptcy Court