**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eric L. Powell Sr.<br>**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>**Movant**<br><br>vs.<br><br>Eric L. Powell Sr.<br>**Debtor(s)**<br><br>Kenneth E. West Esq.,<br>**Trustee** | BK NO. 20-11347 AMC<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**
**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 17, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Eric L. Powell Sr.
6160 Locust Street
Philadelphia, PA 19139

<u>Attorney for Debtor(s)</u>
Jeanne Marie Cella, Esq.
Jeanne Marie Cella and Associates, LLC
215 N Olive St, Ste 101
Media, PA 19063

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 17, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com