**Weinstein & Riley, P.S.**
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269 3490

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Case: 20-11347-amc |
| | ) |
| Eric L Powell, Sr., | ) Trustee: Kenneth E. West |
| | ) |
| Debtor(s). | ) |

☐ **NOTICE OF PAYMENT CHANGE ON ADDRESS OF:**
☒ **CREDITOR**

**Claim No.** ___4-1___

I request that notice be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Address
(206) 269-3490
Telephone Number

I request that payment be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
Post Office Box 3978
Seattle, WA 98124
Address
(206) 269-3490
Telephone Number

DATED: July 18, 2022

/s/ Jordan Morrison
Signature