UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Eric L Powell, Sr.<br>                   Debtor<br><br>Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>                   Movant<br>v.<br><br>Eric L Powell, Sr.<br>Kenneth E. West - Trustee<br>                   Respondents | Case No.: 20-11347-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: November 29, 2022 at 11:00 am<br><br>Objection Deadline: November 18, 2022 |

**NOTICE OF MOTION FOR AN ORDER APPROVING LOAN MODIFICATION OF DEBTOR'S MORTGAGE PURSUANT TO FED. R. BANKR. P. 9019**

Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V has filed a Motion for Order Approving Loan Modification.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 18, 2022 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

(a)  file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

 (b) mail a copy to the movant's attorney:

Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

 2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

 3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on the 29th day of November, 2022, at 11:00 A.M., at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

 4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: November 4, 2022

              By: _/s/ Lauren M. Moyer
              Lauren M. Moyer, Esquire
              FRIEDMAN VARTOLO LLP
              Attorneys for Movant
              1325 Franklin Avenue, Suite 160
              Garden City, New York 11530
              T: (212) 471-5100
              F: (212) 471-5150
              Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtor's Counsel**
Jeanne Marie Cella, Esquire
Jeanne Marie Cella and Associates LLC
221 N Olive St
Media, PA 19063

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

**Debtor**
Eric L Powell, Sr.
6160 Locust St
Philadelphia, PA 19139