UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Eric L Powell, Sr.<br>              Debtor<br><br>Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>              Movant<br>v.<br><br>Eric L Powell, Sr.<br>Kenneth E. West - Trustee<br>              Respondents | Case No.: 20-11347-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: November 29, 2022 at 11:00 am<br><br>Objection Deadline: November 18, 2022 |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

On November 29, 2022 the Motion (the "Motion") of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Movant") dated November 4, 2022 came before the Court, seeking an order approving the terms of a loan modification agreement, which modifies the first mortgage on the Debtor's real property located at 6160 Locust Street, Philadelphia, PA 19139 (the "Premises").  This Court, having considered the evidence presented and the arguments of the parties, there being due and sufficient notice of the Motion; there being no opposition; and with good cause appearing therefore, it is hereby

**ORDERED** that Debtor is authorized to enter into the Loan Modification Agreement annexed ~~hereto~~ to the Motion as **Exhibit A;** and it is further

**ORDERED** that the obligations due to Movant pursuant to the Note are secured by a

duly perfected lien and Mortgage upon the Property as evidenced by a duly recorded Mortgage, which lien and security interest is valid and remains in full force and effect, and the modification authorized by the Order shall not modify the priority of the Mortgage as originally filed; and it is further

**ORDERED** that the terms of the Note and Mortgage are not amended other than as detailed in the Loan Modification Agreement; and it is further

**ORDERED** that nothing in the Order shall be understood or construed to be satisfaction or release in whole or in part of the Note and Mortgage; and it is further

**ORDERED** that upon entry of this Order, any discontinuance of any foreclosure action in state court affecting the Property is approved by this Court, and that any steps taken to discontinue any foreclosure action affecting the Property will not be deemed a violation of the automatic stay; and it is further

**ORDERED** that upon entry of this Order, Claim No. 8-1 shall be deemed amended to reflect arrearage of $0.00 and the terms of the Loan Modification Agreement; and it is further

**ORDERED** that this Court shall retain jurisdiction over any dispute arising from or in connection with this Order.

BY THE COURT:

*[signature]*

**Date: November 30, 2022**

U.S.B.J.