JEANNE MARIE CELLA & ASSOCIATES, LLC  
By: Jeanne Marie Cella, Esquire  
221 N Olive St  
Media, PA 19063  
Telephone: (610) 505-0541  
Facsimile: (610) 566-4375                                                                    Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF PENNSYLVANIA

In RE: **Eric Powell**                             : Case No: **20-11347**  
                                                              :  
                                                              :  
                          Debtor              : Chapter 13

### CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Notice of the filing of the **Motion for Post Confirmation Modification of the Amended Chapter 13 Plan** that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing. Counsel requests entry of an Order granting the said Motion.

**JEANNE MARIE CELLA & ASSOCIATES, LLC**

**BY:** */s/ Jeanne Marie Cella, Esquire*  
Jeanne Marie Cella, Esquire

Dated: May 19, 2023