UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Eric Powell : Bankruptcy No. 20-11347

       Debtor : Chapter 13

## ORDER

AND NOW, this __23rd__ day of __May__, 20__23__, upon consideration of Debtor's Motion for Post-Confirmation Modification of 5th Amended Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED Debtor's Modified 5th Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Court