United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric L Powell, Sr.  
    Debtor

Case No. 20-11347-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 20, 2025      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric L Powell, Sr., 6160 Locust St, Philadelphia, PA 19139-3736 |
| 14536580 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq, 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14558388 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14489204 | | FREEDOM MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14477090 | | Sierra Auto Finance, Attn: Bankruptcy, 5005 Lbjohnson Freeway 70, Dallas, TX 75244 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14515472 | | Email/Text: bnc@atlasacq.com | Mar 21 2025 00:18:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14536350 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 21 2025 00:18:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14477084 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 21 2025 00:18:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14477085 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 21 2025 00:18:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14495419 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 21 2025 00:18:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14667770 | ^ | MEBN | Mar 21 2025 00:09:14 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management S, as Servicer for U.S. Bank N.A., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14477086 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 21 2025 00:18:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14477087 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 21 2025 00:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14487111 | + | Email/Text: bncmail@w-legal.com | Mar 21 2025 00:18:00 | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14495427 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2025 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 14479668 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:25:31 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14477088 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2025 00:18:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14492270 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2025 00:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14502815 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg Pa 17128-0946 |
| 14477089 | + | Email/Text: bankruptcy1@pffcu.org | Mar 21 2025 00:18:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14489028 | + | Email/Text: bankruptcy1@pffcu.org | Mar 21 2025 00:18:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14756683 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14668308 | ^ | MEBN | Mar 21 2025 00:09:14 | Rushmore Loan Management Services, LLC, c/o Lauren M. Moyer, Esq, 1325 Franklin Avenue, Ste 160, Garden City, NY 11530-1631 |
| 14477091 | + | Email/Text: bankruptcy@sw-credit.com | Mar 21 2025 00:18:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14494683 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Mar 21 2025 00:18:00 | State of Delaware Division of Revenue, 820 North French Street, MS # 25, Wilmington, DE 19801-3592 |
| 14667769 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | U.S. Bank National Association c/o, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14837105 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | U.S. Bank National Association, et al., C/O Rushmore Servicing, PO BOX 619096, Dallas, Texas 75261-9096 |
| 14477092 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2025 00:18:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14671827 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025         Signature:         /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Eric L Powell Sr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association bkecf@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10

*Form 138OBJ* (6/24)−doc 132 − 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Eric L Powell Sr. ) Case No. 20−11347−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 20, 2025        For The Court

       Timothy B. McGrath
       Clerk of Court